IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHANTEL ANTOINETTE JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACHIKE CHRISTOPHER ORANYE, )<br>PINDA MCCOY, AMAZON.COM, APPLE )<br>INC., DONALD ROBINSON, KIM )<br>CARROLL, and HEALTHCARE FOR THE )<br>HOMELESS, )<br>)<br>Defendants. )<br>) | CASE NO. CV422-255 |

## O R D E R

Before the Court is the Magistrate Judge's November 4, 2022, Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 5) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. (Doc. 1.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of December 2022.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).